UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

KENNETH BOWNES,

    Petitioner,

  v.

ALAN UCHTMAN, DONALD HULICK,
and DONALD GAETZ,

    Respondents.

Case No. 05-cv-869-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Kenneth Bownes' petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of Respondents Alan Uchtman, Donald Hulick, and Donald Gaetz and against Petitioner Kenneth Bownes, and that this case is dismissed with prejudice.

**DATED: September29, 2010**                **NANCY ROSENSTENGEL, CLERK**

                                                                      **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**